**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DANIEL JAMES CALDWELL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1719 |
| § | |
| JEFFERSON SESSIONS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Daniel Caldwell's Motion for Abatement (Doc. No. 18). On November 2, 2018, this case was dismissed without prejudice. The Motion for Abatement is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th day of November, 2018.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE