United States District Court
Southern District of Texas
**ENTERED**
March 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL JAMES CALDWELL, § § Plaintiff, § VS. § JEFFERSON SESSIONS, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-1719 |

### ORDER

Plaintiff Daniel James Caldwell brought this suit against Defendants Jefferson Sessions, Kirstien Nielsen, and Mike Pompeo in their official capacities ("Defendants") alleging several causes of action. (Doc. No. 1.) Defendants filed an Amended Motion to Dismiss. (Doc. No. 6.) The Court granted Defendants' Motion at a hearing on November 7, 2018, and dismissed the case without prejudice. The Court allowed Plaintiff thirty days to replead. Plaintiff has not filed an Amended Complaint. The case therefore is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of March, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE