Case 4:18-cv-01719   Document 24   Filed on 09/10/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 10, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **DANIEL JAMES CALDWELL,** § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1719 |
| § § | |
| **JEFFERSON SESSIONS,** *et al*, § § | |
| Defendants. § | |

## ORDER

Plaintiff Daniel Caldwell filed a Motion for Reconsideration on March 17th, 2019. (Doc. No. 21.) Defendant has not filed any opposition to this Motion. As a result, the Court hereby withdraws its March 7th Order and construes Caldwell's pro se motion to abate as a voluntary nonsuit under Federal Rule of Civil Procedure 41(a)(1)(B). The claims against Defendants are therefore **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 10th day of September, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE